## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Aquell

Printed: 1/8/08

Case Number:  07 B 09527
Judge:  Hollis, Pamela S
Filed:  5/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  November 19, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 340.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 321.64 |
| Trustee Fee: |  | 18.36 |
| Other Funds: |  | 0.00 |
| Totals: | 340.00 | 340.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Moulton & Associates | Administrative | 1,600.00 | 321.64 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 347.63 | 0.00 |
| 3. | Receivables Management Inc | Unsecured | 500.00 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 382.50 | 0.00 |
| 5. | GMAC Auto Financing | Unsecured | 13,613.26 | 0.00 |
| 6. | Will County State Atty Office | Priority | | No Claim Filed |
| 7. | Credit Protection Association | Unsecured | | No Claim Filed |
| 8. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 9. | One Iron Ventures | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,443.39 | $ 321.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 18.36 |
| | _____ |
| | $ 18.36 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Aquell

Printed:  1/8/08

Case Number:  07 B 09527

Judge:  Hollis, Pamela S

Filed:  5/25/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: